**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| **ERIC DISANTIS, et al.,** | **CIVIL ACTION** |
| Plaintiffs, | |
| *v.* | **NO. 25-3238-KSM** |
| **MELISSA VEGA,** | |
| Defendant. | |

## ORDER

**AND NOW**, this 6th day of July, 2026, upon consideration of Plaintiff's Motion *in limine* to Preclude Reference to "Irrelevant" Past Medical History (Doc. No. 27), and Defendant's Response in Opposition (Doc. No. 28), and for the reasons discussed in the accompanying memorandum, it is **ORDERED** that the Motion is **DENIED.**

**IT IS SO ORDERED.**

*/s/ Karen Spencer Marston*
KAREN SPENCER MARSTON, J.